IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT J. STEVENS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-1105 (GBL/IDD) |
| ) | |
| ERIC H. HOLDER, JR., ) | |
| *in his official capacity as Attorney General of* ) | |
| *the United States, et al.*, ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

THIS MATTER is before the Court on Defendant's Motion to Dismiss and Motion for Summary Judgment. (Docs. 37, 38.) In its accompanying Memorandum Opinion and Order, the Court granted Defendant's Motion to Dismiss and Motion for Summary Judgment. Accordingly,

It is hereby **ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendant Eric H. Holder, Jr., in his official capacity as Attorney General of the United States, against Plaintiffs Robert J. Stevens and Katherine A. Hayek pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

ENTERED this 16th day of August, 2013.

Alexandria, Virginia
8 /16 / 2013

/s/
Gerald Bruce Lee
United States District Judge